UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **KATHY HOWELL** | **JUDGMENT IN A CIVIL CASE** |
| **v.** | |
| **SMITH & NEPHEW** | **CASE NO: 12-2059-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Magistrate Judge's Report And Recommendation entered on July 25, 2013, this cause is hereby dismissed with prejudice.


APPROVED:

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 8/13/2013**                                              **THOMAS M. GOULD**
                                                                 **Clerk of Court**


                                                                  **s/Terry L. Haley**
                                                              **(By)   Deputy Clerk**